```
                    FILED
          CLERK, U.S. DISTRICT COURT

                  5/31/2024

          CENTRAL DISTRICT OF CALIFORNIA
          BY: ____MMC_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>NANCI JASMIN CASTILLO,<br>  aka "blaslovesyou1993,"<br>  aka "spoiledbrat710,"<br>  aka "xobabyxxo," and<br>JONATHAN GONZALEZ-REYES,<br><br>      Defendants. | CR No. 8:24-CR-00064-ODW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2251(a), (e): Production of Child Pornography; 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Distribution of Child Pornography; 18 U.S.C. § 2422(b): Use of a Facility of Interstate Commerce to Attempt to Induce a Minor to Engage in Criminal Sexual Activity; 18 U.S.C. §§ 2252A(a)(5)(B): Possession of Child Pornography; 18 U.S.C. § 2253: Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2251(a), (e), 2(a)]

[ALL DEFENDANTS]

On or about February 23, 2021, in Orange County, within the Central District of California, and elsewhere, defendants NANCI JASMIN CASTILLO, also known as "blaslovesyou1993," "spoiledbrat710," and "xobabyxxo," and JONATHAN GONZALEZ-REYES, each aiding and

abetting the other, knowingly employed, used, persuaded, induced, enticed, and coerced Minor Victim 1, who had not attained the age of 18 years, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of producing visual depictions of such conduct, namely, an image titled "e1b63c4ac417d9408f66fa20d3eda1431f723ba7697ce855fcd63c65d4ee9ea0" and a video titled "filtered-A6E9C34C-251B-440E-9BCD-F7381688D9A2.mp4," knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce, and which visual depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, the internet, and cell phone.

COUNT TWO

[18 U.S.C. § 2422(b)]

[DEFENDANT CASTILLO]

Beginning on an unknown date, and continuing to on or about September 25, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendant NANCI JASMIN CASTILLO, also known as "blaslovesyou1993," "spoiledbrat710," and "xobabyxxo," used a facility and means of interstate and foreign commerce, namely, the internet and a cell phone, to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, namely, Minor Victim 1, who defendant CASTILLO knew to be under the age of 18, to engage in sexual activity for which a person can be charged with a criminal offense, namely, Lewd or Lascivious Acts Against a Child Under the Age of 14, in violation of California Penal Code, Section 288(a).

In attempting to commit this offense, defendant CASTILLO did something that was a substantial step towards committing the offense, including the following acts, among others:

1. Beginning on an unknown date and continuing to on or about September 25, 2021, defendant CASTILLO exchanged text messages with Minor Victim 1, including:

    a. Defendant CASTILLO agreed to pick Minor Victim 1 up from a location on the condition that Minor Victim 1 would engage in sexual conduct with defendant CASTILLO and Jonathan Gonzalez-Reyes: "But you ready to give the chon chon up [. . .] To both of us?"

    b. Defendant CASTILLO sent a text message to Minor Victim 1 confirming that defendant CASTILLO wanted Minor Victim 1 to have sex with defendant CASTILLO and Jonathan Gonzalez-Reyes: "Me & John"

3

"Well yeah me and him heheh the whole enchilada ima ask him to get a room for us tho so we don't gotta be quiet."

    c.    Defendant CASTILLO sent a text message to Minor Victim 1 offering to let Minor Victim 1 stay with defendant CASTILLO and Jonathan Gonzalez-Reyes that night as long as Minor Victim 1 had sex with defendant CASTILLO and Jonathan Gonzalez-Reyes: "So me n johnthan tonight you can stay with us idc."

    d.    Defendant CASTILLO sent a text message to Minor Victim 1 asking for the address where defendant CASTILLO could pick up Minor Victim 1: "Addy?"

    e.    Defendant CASTILLO sent a text message to Minor Victim 1 asking Minor Victim 1 to confirm that Minor Victim 1 agreed to the arrangement, in which case defendant CASTILLO or Jonathan Gonzalez-Reyes would book a hotel room: "Ok so do we get the room?  Cause I want to stay by Disney [emojis]."

COUNT THREE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

[DEFENDANT GONZALEZ-REYES]

On or about September 20, 2021, in Orange County, within the Central District of California, and elsewhere, defendant JONATHAN GONZALEZ-REYES knowingly distributed an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, a cell phone, and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the internet, and cell phone, knowing that the image was child pornography.

The child pornography that defendant GONZALEZ-REYES distributed consisted of an image titled "Resized_Resized_20210223_031918_57681878685284.jpeg."

COUNT FOUR

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

[DEFENDANT GONZALEZ-REYES]

On or about September 21, 2021, in Orange County, within the Central District of California, and elsewhere, defendant JONATHAN GONZALEZ-REYES knowingly distributed an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, a cell phone, and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the internet, and cell phone, knowing that the image was child pornography.

The child pornography that defendant GONZALEZ-REYES distributed consisted of an image titled "Resized_Resized_20210223_031918_76840029297733.jpeg."

COUNT FIVE

[18 U.S.C. §§ 2252A(a)(5)(B)]

[DEFENDANT GONZALEZ-REYES]

On or about September 21, 2021, in Orange County, within the Central District of California, defendant JONATHAN GONZALEZ-REYES knowingly possessed a Samsung model SM-A125U cell phone, bearing IMEI number 355069174901526, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer and cell phone, knowing that the images were child pornography.

The child pornography that GONZALEZ-REYES possessed in his Samsung model SM-A125U cell phone included the following:

1. An image titled
   "e1b63c4ac417d9408f66fa20d3eda1431f723ba7697ce855fcd63c65d4
   ee9ea0";
2. An image titled
   "Resized_Resized_20210223_031918_57681878685284.jpeg";
3. An image titled
   "Resized_Resized_20210223_031918_76840029297733.jpeg"

COUNT SIX

[18 U.S.C. §§ 2252A(a)(5)(B)]

[DEFENDANT CASTILLO]

On or about August 8, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant NANCI JASMIN CASTILLO, also known as "blaslovesyou1993," "spoiledbrat710," and "xobabyxxo," knowingly possessed an iCloud account that contained at least one video of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, the internet, and cell phone, knowing that the video was child pornography.

The child pornography that defendant CASTILLO possessed in her iCloud account included a video titled "filtered-A6E9C34C-251B-440E-9BCD-F7381688D9A2.mp4."

FORFEITURE ALLEGATION

[18 U.S.C. § 2253]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 2253, in the event of any defendant's conviction of the offenses set forth in any of Counts One through Six of this Indictment.

2. Any defendant, if so convicted, shall forfeit to the United States of America the following property:

(a) All right, title, and interest in any visual depiction involved in any such offense, or any book, magazine, periodical, film videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received and involved in any such offense;

(b) All right, title, and interest in any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense;

(c) All right, title, and interest in any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property; and

(d) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the defendants, if so convicted, shall forfeit substitute property, up to

1  the total value of the property described in the preceding paragraph
2  if, as the result of any act or omission of the defendants, the
3  property described in the preceding paragraph, or any portion
4  thereof: (a) cannot be located upon the exercise of due diligence;
5  (b) has been transferred, sold to or deposited with a third party;
6  (c) has been placed beyond the jurisdiction of the court; (d) has
7  been substantially diminished in value; or (e) has been commingled
8  with other property that cannot be divided without difficulty.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

CHELSEA NORELL
Assistant United States Attorney
Deputy Chief, Violent and
Organized Crime Section

CLAIRE E. KELLY
Assistant United States Attorney
Violent and Organized Crime
Section